**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL PADILLA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF REDONDO BEACH, et al.,<br><br>    Defendants. | No. 2:17-cv-03660-JAK (ASx)<br><br>**JUDGMENT**<br><br>**[JS-6: CASE TERMINATED]** |

Pursuant to the Order re Defendants' Motion for Summary Judgment entered on August 1, 2025, and pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the Complaint for Damages filed on May 15, 2017 (the "Complaint") by Plaintiff Daniel Padilla ("Plaintiff").

2. Fictitiously named Defendants Does 1 through 10 are **DISMISSED**.

3. Defendants City of Redondo Beach, Joseph Hoffman, Brian Weiss, Ryan Harrison, and Salvador Garcia shall have **JUDGMENT** entered in their favor and against Plaintiff.

4. Plaintiff shall take nothing by way of his Complaint.

5. This action is **DISMISSED** with prejudice.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 18, 2025

John A. Kronstadt
United States District Judge